```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOLAR TOURS, INC.,

    Plaintiff and Counterclaim Defendant,

-against-

LUIS MACIAS d/b/a Tournet Systems,

    Defendant and Counterclaimant,

-against-

RAFAEL A. CHECA and RUDY TAN a/k/a RUDY FNU,

    Counterclaim Defendants.

05 Civ. 5597 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **April 9, 2025**, Plaintiff, Solar Tours, Inc., shall file its response to Defendant Luis Macias' motion for sanctions. *See* ECF Nos. 36–38. By **April 23, 2025**, Macias shall file his reply, if any.

    SO ORDERED.

Dated: March 12, 2025
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge