USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/10/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOLAR TOURS, INC.,

    Plaintiff and Counterclaim Defendant,

-against-

LUIS MACIAS d/b/a Tournet Systems,

    Defendant and Counterclaimant,

-against-

RAFAEL A. CHECA and RUDY TAN a/k/a RUDY FNU,

    Counterclaim Defendants.

05 Civ. 5597 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff, Solar Tours, Inc., has filed a cross-motion for sanctions. *See* ECF Nos. 40–41. Accordingly, Defendant Luis Macias's reply in support of his motion for sanctions, which is currently due by **April 23, 2025**, shall also include his response to Plaintiff's cross-motion. *See* ECF No. 39. Macias's reply-response shall take the form of a single, consolidated brief.

    By **May 7, 2025**, Plaintiff may file a reply in support of its cross-motion.

    SO ORDERED.

Dated: April 10, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge